UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

    v.

                        Case No. 10-cr-112-01/02-SM

<u>John R. Wiehl and</u>
<u>Franklin Non-Ferrous Foundry, Inc.</u>,
    Defendants

## O R D E R

Defendant Wiehl's motion to continue the final pretrial conference and trial is granted (document no. 13). Trial has been rescheduled for the January 2011 trial period. Defendant Wiehl shall file a waiver of speedy trial rights not later than October 1, 2010. On filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 7, 2011 at 1;30 p.m.

Jury selection will take place on January 19, 2011 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

September 22, 2010

cc:   Bjorn Lange, Esq.
      Glenn Geiger, Esq.
      Mark Zuckerman AUSA
      U.S. Marshal
      U.S. Probation