UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

        v.

                        Case No.  10-cr-112-01/02-SM

<u>John R. Wiehl and</u>
<u>Franklin Non-Ferrous Foundry, Inc.</u>,
    Defendants

## O R D E R

Defendant John Wiehl's motion to continue the final pretrial conference and trial is granted (document no. 27). Case to be set for trial during the December trial period; no further continuances absent extraordinary circumstances. Defendant Wiehl shall file a waiver of speedy trial rights not later than October 3, 2011. On filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 1, 2011 at 2:30 p.m.

Jury selection will take place on December 13, 2011 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

September 29, 2011

cc:  Bjorn Lange, Esq.
     Glenn Geiger, Esq.
     Mark Zuckerman AUSA
     U.S. Marshal
     U.S. Probation